JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADER ABRAHAM BALLADARES-NOGUERA,<br>Petitioner,<br>v.<br>FERETI SEMAIA et al.,<br>Respondent. | Case No. 5:26-cv-03678-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Yader Abraham Balladares-Noguera (A# 246-406-241)** from custody subject only to the conditions of his release prior to his re-detention, if any. Respondents shall also immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, immigration documents, and other possessions. Respondents are ORDERED to not arrest or re-detain Petitioner unless: (a) Respondents provide at least seven (7) days' advance written notice to Petitioner and his counsel; and (b) Respondents first obtain an order authorizing detention at a pre-deprivation bond hearing before a neutral arbiter at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community.

Dated: July 31, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge